# JacksonLewis

*Jackson Lewis P.C.*
666 Third Avenue
New York NY 10017-4030
(212) 545-4028 Direct
(212) 972-3213 Fax
diane.windholz@jacksonlewis.com

November 15, 2023

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007-1312

The requested extension of the parties' expert-discovery deadline is GRANTED. The new deadline is **December 7, 2023**. The post-discovery conference shall now be held on **January 12, 2024** at 3:00 p.m. in Courtroom 20B.

**SO ORDERED.**

Dated: November 15, 2023
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:  Jesenia Reyes v. City Practice Group of New York, LLC
and Summit Health Management, LLC
Case No. 22-cv-09482 (JLR)

Dear Judge Rochon:

We represent Defendants City Practice Group of New York, LLC and Summit Health. Together with counsel for Plaintiff, we submit this joint letter pursuant to Section 1.F. of Your Honor's Individual Rules of Practice to request a three-week extension of the parties' current expert discovery deadline, and that the post-discovery pre-trial conference currently scheduled in this case for December 11, 2023, be rescheduled in accordance with such extension. This is the parties' second request for an extension of the expert discovery deadline. The parties previously requested an extension of the expert discovery deadline from October 9, 2023 to November 16, 2023, which was granted.

The parties initially disagreed as to whether the Defendants should pay the expert at his regular rate of pay (and/or flat fee) in advance of his deposition. The parties have conferred in good faith since and resolved these disputes without the need for court intervention. Due to the delay caused thereby, as well as the availability of Plaintiff's expert and counsel for both parties, Plaintiff's expert's deposition has been scheduled for December 7, 20203. In accordance with Section 3.I.i. of Your Honor's Individual Rules of Practice, Defendants anticipate needing one week after the deposition of Plaintiff's expert to determine whether to submit (and potentially draft) a pre-motion letter to Your Honor seeking to exclude Plaintiff's expert's testimony. In accordance with the same Rule, any such letter must be submitted at least three weeks before the post-discovery pre-trial conference.

Accordingly, the parties respectfully request that the deadline for expert discovery be extended from November 16, 2023 until December 7, 2023, and that the post-discovery pre-trial conference currently scheduled in this case for December 11, 2023, be

JacksonLewis

rescheduled for any date at least four weeks after December 11, 2023 that is convenient for the Court. Pursuant to Section 1.F. of Your Honor's Individual Rules of Practice, the parties have conferred and are available on January 10, January 12, and January 17, 2024. Attached to this letter is a proposed Revised Civil Case Management Plan and Scheduling Order.

        We appreciate Your Honor's consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Diane Windholz*
Diane Windholz

212-545-4028 Direct
Diane.Windholz@jacksonlewis.com

Enclosure

cc: All Counsel of Record (via ECF)