UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REYES,<br><br>      Plaintiff,<br><br>-against-<br><br>CITY PRACTICE GROUP OF NEW YORK, LLC, et al.,<br><br>      Defendants. | No. 22 CV 9482 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of the parties' letters (dkt. nos. 29-39) for a pre-motion conference.  The parties are directed to appear in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007 on January 29, 2024, at 10:00 a.m., Eastern Time, for a pre-motion conference.

  Plaintiff and a decision-maker for Defendants shall attend in order to discuss settlement.  Counsel shall make available all communications referred to in their letters.

**SO ORDERED.**

Dated: January 2, 2024
     New York, New York

              */s/ Loretta A. Preska*
              LORETTA A. PRESKA
              Senior United States District Judge