```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| REYES,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITY PRACTICE GROUP OF NEW YORK, LLC, et al.,<br><br>                    Defendants. | No. 22-CV-9482 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The pre-motion conference scheduled for 10:00 a.m. on January 29, 2024, is hereby adjourned until 10:30 a.m. on February 1, 2024. The parties are directed to appear in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007. Plaintiff and a decision-maker for Defendants shall also attend in order to discuss settlement.

**SO ORDERED.**

Dated:   January 26, 2024
           New York, New York

                                  *Loretta A. Preska*
                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge