# ₆JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4028 Direct
(212) 972-3213 Fax
Diane.Windholz@jacksonlewis.com

May 16, 2025

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Reyes v. City Practice Group of New York, LLC et al.
      Case No. 22-cv-09482-LAP

Dear Judge Preska:

As counsel for Defendants City Practice Group of New York, LLC and Summit Health in the above-referenced action, we write jointly with counsel for Plaintiff to inform the Court that as a result of private mediation, the parties have reached a settlement in principle, which will serve to resolve this case in its entirety.

Accordingly, we respectfully request that all deadlines in this case be adjourned *sine die* pending the parties finalizing the settlement and submitting a stipulation of discontinuance.

We thank the Court for its consideration in this regard.

*[Handwritten: subject to re-opening within 30 days if the settlement is not effected,]*

*[Handwritten: The Clerk of the Court shall mark this action closed and all pending motions denied as moot.]*

*[Handwritten: SO ORDERED: /s/ Loretta A. Preska, LORETTA A. PRESKA, U.S.D.J.  5/20/25]*

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Diane Windholz*
Diane Windholz

212-545-4028 Direct
Diane.Windholz@jacksonlewis.com

cc: All Counsel of Record (via ECF)